THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* EGBURT E. WOODBURY et al., Constituting the State Board of Tax Commissioners, Respondents.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Woodbury*, 167 App. Div. 535, affirmed.
(Argued September 30, 1915; decided October 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1915, which affirmed an order of Special Term confirming, as equalized, a special franchise tax assessed against the relator in the town of Root.

*J. D. Wendell* for appellant.

*E. E. Woodbury, Attorney-General (C. R. McSparren* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.